**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **YURY SIROCHINSKY,**          ) | |
| ) | |
| **Plaintiff,**      ) | |
| ) | |
| **v.**      ) | **Case No. _____** |
| ) | |
| **BIG HEALTH INC., et al.,**      ) | |
| ) | |
| **Defendants.**      ) | |

## NOTICE OF REMOVAL

Defendant, Big Health, Inc., by and through its undersigned attorney, Laura Balson of Constangy, Brooks & Smith, LLP, in accordance with 28 U.S.C. § 1446, submits the following:

1. Plaintiff, Yury Sirochinsky ("Plaintiff"), commenced this action on January 23, 2024 by filing a Complaint in the Circuit Court of Lake County, Illinois entitled <u>Yury Sirochinsky v. Big Health, Inc. et al.</u>, Case No. 2024LA00000062. Said action is now pending in that court.

2. Big Health received their first notice of the Complaint on January 26, 2024, when Plaintiff served Big Health's outside counsel, Sasha Thaler, with a copy of the Summons and Complaint.

3. Since that time, Plaintiff has also filed a motion to expand the scope of current complaint, and a motion to discover evidence, neither of which have been addressed by the Lake County court in any manner, because of Plaintiff's failure to follow the notice and presentment process for contested motions.

4. A copy of each of the foregoing papers, which constitutes all of the processes and pleadings to date, is attached hereto as **Exhibit A**.

5. The above-captioned action is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332, in that:

(a)     Big Health, Inc. is a corporation that is based in and is a citizen of the State of California.

(b)     Plaintiff, Yury Sirochinsky, is a citizen of the State of Illinois.

(c)     The above-captioned action is a civil action in which the amount in controversy, based on the allegations in the Complaint, exceeds the sum or value of $75,000.00, exclusive of costs and interest, and is between citizens of different states.  Therefore, this Court has diversity jurisdiction over the above-captioned action pursuant to 28 U.S.C. §1332, which may properly be removed to the Court pursuant to 28 U.S.C. §1441 et seq.

6.     Though the caption of the Complaint references several individual defendants, there are no allegations or counts of the Complaint that are directed to any of the listed individuals, and no basis for considering them properly parties to this action.

7.     This Notice of Removal is filed within the time provided by 28 U.S.C. §1446(b) and the Federal Rules of Civil Procedure.

8.     Upon filing of this Notice of Removal, Big Health shall give written notice thereof to Plaintiff, Yury Sirochinsky, who is representing himself on a *pro-se* basis, and shall file copies of said Notice of Removal with the Clerk, for the Circuit Court of Lake County, Illinois.

9.     By filing this notice, Big Health does not waive any claims or defenses which may be available to it.

WHEREFORE, Defendant, Big Health, Inc., removes the above-captioned action now pending in the Circuit Court of Lake County, Illinois to the United States District Court for the Northern District of Illinois, wherein it shall proceed as an action originally commenced therein.

Dated: February 22, 2024

Respectfully submitted,

/s/      *Laura A. Balson*

Laura A. Balson (IL Bar No. 6291377)
Constangy Brooks Smith & Prophete, LLP
20 N. Wacker Drive, Ste. 4120
Chicago, IL 60606
T: 773-661-4710
lbalson@constangy.com

*Attorney for Defendant, Big Health, Inc.*

## <u>CERTIFICATE OF FILING AND SERVICE</u>

I, Sheneka Cleveland, a non-attorney, hereby certify that on February 22, 2024, I caused a

copy of the **Notice of Removal** to be filed with the CM/ECF system and an original and one copy

of the **Notice of Removal** to be served upon Plaintiff via certified mail/return receipt requested to:

Yury Sirochinsky,
600 Creekside Circle
Gurnee, IL 60031

*Pro-Se* Plaintiff

/s/ *Sheneka Cleveland*